CARLSMITH BALL LLP

MICHAEL M. PURPURA    9121
DUANE R. MIYASHIRO    6513
ASB Tower, Suite 2200
1001 Bishop Street
Honolulu, HI 96813
Tel No. 808.523.2500
Fax No. 808.523.0842
mpurpura@carlsmith.com
dmiyashiro@carlsmith.com

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

J. RUSSELL JACKSON    2430528
DAVID R. PEHLKE    6287073
155 North Wacker Drive, Suite 2700
Chicago, Illinois 60606
Tel No. 312.407.0700
Fax No. 312.407.0411
russell.jackson@skadden.com
david.pehlke@skadden.com

Attorneys for Defendants
HOUGHTON MIFFLIN HARCOURT PUBLISHING
COMPANY and R. R. DONNELLEY & SONS
COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| PACIFIC STOCK, INC., *et al.*,<br><br>    Plaintiffs,<br><br>vs.<br><br>HOUGHTON MIFFLIN HARCOURT PUBLISHING COMPANY, *et al.*,<br><br>    Defendants. | CIVIL NOS. 09-00164, 10-00160, 10-00192, 10-00193, 10-00194 DAE-RLP (Copyright Infringement) (Consolidated)<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER<br><br>Trial: April 17, 2012 |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between Plaintiffs PACIFIC STOCK, INC., ERIK AEDER, CARL SHANEFF, PHILIP ROSENBERG, GREG VAUGHN and DAVID FLEETHAM, and Defendants HOUGHTON MIFFLIN HARCOURT PUBLISHING COMPANY and R. R. DONNELLEY & SONS COMPANY (collectively referred to herein as the "**Parties**"), by and through their undersigned counsel, that all claims filed in this consolidated action are dismissed with prejudice. Each of the Parties shall bear its or his own attorneys' fees and costs incurred in this matter.

This stipulation for dismissal is based on Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and has been signed by counsel for all Parties who have made an appearance in this matter. There are no remaining claims, parties, or issues.

DATED: Honolulu, Hawaiʻi, April 26, 2012.

/s/ Duane R. Miyashiro
MICHAEL M. PURPURA
DUANE R. MIYASHIRO
J. RUSSELL JACKSON
DAVID R. PEHLKE

Attorneys for Defendants
HOUGHTON MIFFLIN HARCOURT
PUBLISHING COMPANY and
R. R. DONNELLEY & SONS
COMPANY

_____
*Pacific Stock, Inc., et al. v. Houghton Mifflin Harcourt Publishing Company, et al.,;* Civil Nos. 09-00164, 10-00160, 10-00192, 10-00193, 10-00194 DAE-RLP; U.S.D.C.; **STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER**

DATED:  Honolulu, Hawai'i, April 26, 2012.

/s/ J. Stephen Street
J. STEPHEN STREET
PAUL A. MAKI

Attorneys for Plaintiffs
PACIFIC STOCK, INC., ERIK AEDER
CARL SHANEFF; PHILIP
ROSENBERG;
GREG VAUGHN and DAVID
FLEETHAM

APPROVED AND SO ORDERED.

DATED: HONOLULU, HAWAII, May 8, 2012.



_____
David Alan Ezra
United States District Judge

_____

*Pacific Stock, Inc., et al. v. Houghton Mifflin Harcourt Publishing Company, et al.,;* Civil Nos. 09-00164, 10-00160, 10-00192, 10-00193, 10-00194 DAE-RLP; **STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER**

-3-